

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-16-00192-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Nicholas **LICHTENBERGER**; Judge Jose Antonio Lopez; City of Laredo; Roque Perez;
Christina M. Pena; Webb County; Martin Cuellar; Pepe Salinas; Sergio Lozano;
and Edward A. Nolen,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003714 D1
Honorable Robert C. Chesire, Judge Presiding

# O R D E R

Appellant's brief was originally due on May 18, 2016. Appellant is acting *pro se* on appeal. Because neither the brief nor a motion for extension of time had been filed, this court ordered appellant to file his appellant's brief no later than June 17, 2016. Our order cautioned appellant that if he did not file the brief by this date or failed to reasonably explain the reason for his failure to do so, this appeal would be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a); 42.3(b),(c).

On June 16, 2016, appellant filed a response to our order in which he requests that the trial court clerk file a supplemental clerk's record. On June 22, 2016, this court ordered the Webb County District Clerk to electronically file a supplemental clerk's record that contains the following: (1) an amendment to motion to modify judgment filed on or about April 28, 2016; (2) motion for a hearing on motion to modify judgment filed on or about May 23, 2016; and (3) amended notice of appeal.

The supplemental clerk's record was filed on June 23, 2016. Appellant's brief is due July 25, 2016. Appellant is cautioned that further requests for extensions of time in which to file his brief are discouraged.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2016.



Keith E. Hottle
Clerk of Court